1  PHILLIP A. TALBERT
   United States Attorney
2  KEVIN C. KHASIGIAN
   Assistant U. S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA  95814
4  Telephone:  (916) 554-2700

5  Attorneys for the United States

6

7

8              IN THE UNITED STATES DISTRICT COURT

9                 EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,            2:17-CV-00937-KJM-AC

12          Plaintiff,

13      v.                               APPLICATION AND ORDER FOR
                                         PUBLICATION
14  REAL PROPERTY LOCATED AT 923 LA
    FOLLETTE AVENUE, STOCKTON,
15  CALIFORNIA, SAN JOAQUIN COUNTY,
    APN: 127-290-31, INCLUDING ALL
16  APPURTENANCES AND IMPROVEMENTS
    THERETO,
17

18          Defendant.

19      The United States of America applies for an order of publication as follows:

20      1.     Rule G(4) of the Supplemental Rules for Admiralty or Maritime Claims and Asset

21  Forfeiture Actions (hereafter "Supplemental Rules") provides that the Plaintiff shall cause public

22  notice of the action to be given in a newspaper of general circulation or on the official internet

23  government forfeiture site;

24      2.     Local Rule 171, Eastern District of California, provides that the Court shall designate

25  by order the appropriate newspaper or other vehicle for publication;

26      3.     The defendant real property is located in Stockton, California, San Joaquin County.

27      4.     The United States proposes that publication be made as follows:

28

                                  1
                                            Application and Order for Publication

| 1 | a. One publication; |
| 2 | b. Thirty (30) consecutive days; |
| 3 | c. On the official internet government forfeiture site www.forfeiture.gov; |
| 4 | d. The publication is to include the following: |

1    a.    One publication;

2    b.    Thirty (30) consecutive days;

3    c.    On the official internet government forfeiture site www.forfeiture.gov;

4    d.    The publication is to include the following:

5        (1)    The Court and case number of the action;

6        (2)    The date of the seizure/posting;

7        (3)    The identity and/or description of the property seized/posted;

8        (4)    The name and address of the attorney for the Plaintiff;

9        (5)    A statement that claims of persons entitled to possession or claiming

10    an interest pursuant to Supplemental Rule G(5) must be filed with the Court and served on the

11    attorney for the Plaintiff no later than 60 days after the first day of publication on the official internet

12    government forfeiture site; and

13        (6)    A statement that answers to the Complaint or a motion under Rule 12

14    of the Federal Rules of Civil Procedure ("Fed. R. Civ. P.") must be filed and served within 21 days

15    after the filing of the claims and, in the absence thereof, default may be entered and condemnation

16    ordered.

17    Dated:   5/4/2017                                          PHILLIP A. TALBERT
                                                                United States Attorney
18

19                                                   By:    /s/ Kevin C. Khasigian
                                                            KEVIN C. KHASIGIAN
20                                                          Assistant U.S. Attorney

21

22        IT IS SO ORDERED.

23

24    Dated: May 4, 2017

25    _____
       ALLISON CLAIRE
26     UNITED STATES MAGISTRATE JUDGE

27

28

Application and Order for Publication