1  MCGREGOR W. SCOTT
   United States Attorney
2  KEVIN C. KHASIGIAN
   Assistant U. S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA  95814
4  Telephone:  (916) 554-2700

5  Attorneys for the United States

6

7

8              IN THE UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,              2:17-CV-00937-KJM-AC

12            Plaintiff,

13       v.
                                          FINAL JUDGMENT OF FORFEITURE
14  REAL PROPERTY LOCATED AT 923 LA
    FOLLETTE AVENUE, STOCKTON,
15  CALIFORNIA, SAN JOAQUIN COUNTY,
    APN: 127-290-31, INCLUDING ALL
16  APPURTENANCES AND IMPROVEMENTS
    THERETO,
17
              Defendant.
18

19       Pursuant to the Stipulation for Final Judgment of Forfeiture filed herein, the Court finds:

20       1.       This is a civil action in rem brought against certain real property at 923 La Follette

21  Avenue, Stockton, California, San Joaquin County, APN: 127-290-31 ("defendant property"), including

22  all appurtenances and improvements thereto, and more fully described as:

23       All the following described property in the City of Stockton, County of San Joaquin,
         State of California:
24
         Lot 3 in block 5 of Parkview, according to the official map or plat thereof filed for
25       record April 10, 1913 in Vol 7 of Maps and Plats, Page 9, San Joaquin County Records.

26       APN: 127-290-31

27       The recorded owner of the real property listed above is Blanca Viviana Canela Ceja, a married

28  woman as her sole and separate property.

                                    1

2.	A Verified Complaint for Forfeiture *In Rem* ("Complaint") was filed on May 4, 2017, alleging that said defendant properties are subject to forfeiture to the United States pursuant to 21 U.S.C. § 881(a)(7).

3.	On May 16, 2017, the defendant property was posted with a copy of the Complaint and Notice of Complaint.

4.	Beginning on May 6, 2017, for at least 30 consecutive days, the United States published Notice of the Forfeiture Action on the official internet government forfeiture site www.forfeiture.gov. A Declaration of Publication was filed on June 5, 2017.

5.	In addition to the public notice on the official internet government forfeiture site www.forfeiture.gov, actual notice or attempted notice was given to the following individual(s):

a.	Blanca Viviana Canela Ceja
b.	IRA Services Trust Company CFBO John E. Mendosa IRA Account

6.	Lienholder IRA Services Trust Company CFBO John E. Mendosa IRA Account filed a claim alleging an interest in the defendant property on June 6, 2017.

7.	Claimant Blanca Viviana Canela Ceja filed an answer alleging an interest in the defendant property on October 4, 2017. No other parties have filed claims or answers in this matter, and the time in which any person or entity may file a claim and answer has expired.

Based on the above findings, and the files and records of the Court, it is hereby ORDERED AND ADJUDGED:

8.	The Court adopts the Stipulation for Final Judgment of Forfeiture entered into by and between the parties to this action.

9.	That judgment is hereby entered against claimant Blanca Viviana Canela Ceja and all other potential claimants who have not filed claims in this action.

a.	Within one hundred and eighty days (180) days of the entry of Final Judgment of Forfeiture, claimant Blanca Viviana Canela Ceja will either secure refinancing on the defendant property or list the defendant property for sale. Upon sale of the defendant property, and after payment of the amount listed in lienholder's demand to lienholder, the lienholder and claimant shall instruct the escrow officer to wire $50,000.00 of the net proceeds from the sale of the defendant property to the

Final Judgment of Forfeiture

U.S. Marshals Service and to contact the U.S. Attorney's Office, Asset Forfeiture Unit, to obtain specific wiring instructions. All right, title, and interest in said funds shall be substituted for the defendant property located at 923 La Follette Avenue, Stockton, California, San Joaquin County, APN: 127-290-31 and forfeited to the United States pursuant to 21 U.S.C. § 881(a)(7).

       b.     Prior to the close of escrow of the defendant property, the United States shall record a withdrawal of lis pendens against the defendant property.

10.     If payments are not made within the time stipulated above, claimant Blanca Viviana Canela Ceja will be deemed to be in default of this stipulation and the U.S. Marshals Service shall be authorized to sell the defendant property, in the most commercially feasible manner, as soon as reasonably possible, for the maximum price. Through the sale of the defendant property, the United States shall receive the net proceeds of the defendant property, after payment of the amount listed in lienholder's demand to lienholder, less payments for costs of selling the property, cleanup, other expenses incurred, and any legitimate liens that exist on the defendant property.

11.     The United States and its servants, agents, and employees and all other public entities, their servants, agents, and employees, are released from any and all liability arising out of or in any way connected with the filing of the Complaint and the posting of the defendant property with the Complaint and Notice of Complaint. This is a full and final release applying to all unknown and unanticipated injuries, and/or damages arising out of the filing of the Complaint and the posting of the defendant property with the Complaint, as well as to those now known or disclosed. Claimants waived the provisions of California Civil Code § 1542.

12.     Each party shall bear their own costs and attorney's fees.

13.     The U.S. District Court for the Eastern District of California, Hon. Kimberly J. Mueller, District Judge, shall retain jurisdiction to enforce the terms of this Final Judgment of Forfeiture.

14.     Based upon the allegations set forth in the Complaint filed May 4, 2017, and the Stipulation for Final Judgment of Forfeiture filed in this case, the Court enters this Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465, that there was reasonable cause for the posting of the

///

Final Judgment of Forfeiture

defendant property and a Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465 shall be entered

accordingly.

SO ORDERED THIS 26th day of February, 2018.

_____
UNITED STATES DISTRICT JUDGE

Final Judgment of Forfeiture